No. 87–5181. GRANT v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 87–5184. SUEING v. HEFFRON, SHERIFF OF KENT COUNTY. C. A. 6th Cir. Certiorari denied.

No. 87–5185. PRENZLER v. ORANGE COUNTY BOARD OF SUPERVISORS. C. A. 9th Cir. Certiorari denied.

No. 87–5186. YOUNG v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–5187. SMITH v. WOODS ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5189. WILLIAMS v. UNITED STATES POSTAL SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–5190. ANGLIN v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–5191. HOWARD v. DAVIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–5197. ATAMIAN v. RUBIN ET AL. Sup. Ct. N. J. Certiorari denied.

No. 87–5198. KENYATTA v. VASSAR ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5200. ROBERTS v. DILL ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5202. PAOLI v. LALLY ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5204. WILLIAMS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87–5207. KAJITA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5209. ARANGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.